IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR377 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ESTEBAN RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 40), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision (Filing No. 32) against Esteban Rodriguez.

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 40) is granted.

Dated this 6th day of February, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge